PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Special Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>ERIK M. HELMS<br><br>            Defendant. | Case No. 1:22-po-00157-SAB<br><br>[Citation #FBHB001W CA/42]<br><br><br>MOTION AND ORDER FOR DISMISSAL |

    The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1:22-po-00157-SAB [Citation #FBHB001W CA/42] against ERIK M. HELMS, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: October 19, 2022                                   Respectfully submitted,

                                                                           PHILLIP A. TALBERT
                                                                            United States Attorney

                                                     By:    /s/ *Chan Hee Chu*
                                                                CHAN HEE CHU
                                                                Special Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:22-po-00157-SAB [Citation #FBHB001W CA/42] against ERIK M. HELMS be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **October 19, 2022**

UNITED STATES MAGISTRATE JUDGE